# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OMNITEK PARTNERS LLC,<br><br>              Plaintiff,<br><br>v.<br><br>VOLVO CAR USA dba VOLVO, and<br>VOLVO CAR CORPORATION,<br><br>              Defendants. | Civil Action No. 6:20-cv-441<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Omnitek Partners LLC declares that it is a private company with no corporate parent.

Dated: May 29, 2020

DEVLIN LAW FIRM LLC

*/s/ Alex Chan*
Timothy Devlin (*pro hac vice* to be filed)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (*pro hac vice* to be filed)
pdelaney@devlinlawfirm.com
Alex Chan (Texas Bar No. 24108051)
achan@devlinlawfirm.com
Cory Edwards (*pro hac vice* to be filed)
cedwards@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff,*
*Omnitek Partners, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

Dated: May 29, 2020                         */s/ Alex Chan*
                                                          Alex Chan