# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OMNITEK PARTNERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CAR USA dba VOLVO, and VOLVO CAR CORPORATION, <br><br> Defendants. | Civil Action No. 6:20-cv-00441-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), recognizing the Notice of Voluntary Dismissal With Prejudice filed by Plaintiff Omnitek Partners LLC, it is:

ORDERED that the claims and causes of action asserted between Plaintiff Omnitek Partners LLC and Defendants Volvo Car USA dba Volvo and Volvo Car Corporation hereby are dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses, and costs.

Entered this  3rd  day of  June , 2021.

Honorable Alan D Albright
United States District Judge